**Hubert B. GASKIN, a/k/a Bert Gaskin, Appellant**

v.

**UNITED STATES of America.**

**No. 16559.**

United States Court of Appeals
Eighth Circuit.

Aug. 2, 1960.

N. L. Schoenfeld, Hot Springs, Ark., for appellant.

Charles W. Atkinson, U. S. Atty., Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee.

**LOS ANGELES HOTEL-RESTAURANT EMPLOYER-UNION WELFARE FUND, Appellant,**

v.

**William N. BOWIE, Jr., Trustee in Bankruptcy, Appellee.**

**No. 16876.**

United States Court of Appeals
Ninth Circuit.

Nov. 4, 1960.

Denison, Dietrich & Anderson, by James H. Denison, and Robert H. Dahl, Los Angeles, Cal., for appellant.

Quittner, Stutman & Treister, George M. Treister, Los Angeles, Cal., for appellee.

Before STEPHENS, BARNES and KOELSCH, Circuit Judges.

PER CURIÁM.

The judgment of the district court, affirming the order of the Referee denying priority as "wages due to workmen" of the claim of appellant Los Angeles Hotel-Restaurant Employer-Union Welfare Fund, is affirmed. United States v. Embassy Restaurant, Inc., 1959, 359 U.S. 29, 79 S.Ct. 554, 3 L.Ed.2d 601.

**UNITED STATES of America,**

v.

**Gilbert D. KORITAN, also known as Gilbert Goldberg, Paul Lee Adams and Wallace Trusty
Wallace Trusty, Appellant.**

**No. 13223.**

United States Court of Appeals
Third Circuit.

Argued Nov. 14, 1960.

Decided Nov. 21, 1960.

George Gershenfeld, Philadelphia, Pa., for appellant.

Robert J. Thompson, Asst. U. S. Atty., Philadelphia, Pa. (Walter E. Alessandroni, U. S. Atty., James Paul Dornberger, Asst. U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

This is an appeal from a conviction for conspiracy. The case presents the question of the effect of a conviction of one conspirator where the charge against a coconspirator was subsequently nolprossed. This is the very question presented in our decision in United States v. Fox, 3 Cir., 1942, 130 F.2d 56. We adhere to our ruling in that case and the judgment of the district court will be affirmed, 182 F.Supp. 143.